IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JON WRIGHT
d/b/a  J.Q. Outdoors,

     Plaintiff

        v.

                   Case No. 8:10-cv-01900-SDM-AEP

DOWLING GRAPHICS, INC.,         <u>Jury Trial Demanded</u>
a Florida corporation, and
DENISE DOWLING, an individual,

     Defendants.

_____

## <u>ANSWER OF DEFENDANTS DOWLING GRAPHICS, INC.<br>AND DENISE DOWLING</u>

Defendants, Dowling Graphics, Inc. and Denise Dowling, through their undersigned trial counsel, answer the Complaint as follows:

1.     Answering the numbered Paragraph 1 of Plaintiff's complaint, Defendants are without knowledge or information sufficient to admit or deny the allegations in paragraph 1 and therefore deny the allegations therein.

2.     Answering the numbered Paragraph 2 of Plaintiff's complaint, Defendants admit Plaintiff, Jon Wright d/b/a J.Q. Outdoors, brings this action pursuant to the Copyright Act of 1976 (17 U.S.C. §§ 101 et seq., as amended). Defendants admit that this action alleges copyright infringement.  Defendants deny the remainder of the allegations in Paragraph 2.

## JURISDICTION

3.      Answering the numbered Paragraph 3 of Plaintiff's complaint, Defendants admit subject matter jurisdiction is based on 28 U.S.C. §§ 1331 and 1338.  Defendants deny the remainder of the allegations in Paragraph 3.

## VENUE

4.      Answering the numbered Paragraph 4 of Plaintiff's complaint, Defendants admit that venue is proper in this district pursuant to 28 U.S.C. §§1391 and 1400(a). Defendants admit being incorporated and doing business in this district in the State of Florida and have a regular and established place of business in this district. Defendants deny the remainder of the allegations in Paragraph 4.

## FACTUAL ALLEGATIONS

5.      Answering the numbered Paragraph 5 of Plaintiff's complaint, Defendants are without knowledge or information sufficient to admit or deny the allegations in Paragraph 5 and therefore deny the allegations therein.

6.      Answering the numbered Paragraph 6 of Plaintiff's complaint, Defendants are without knowledge or information sufficient to admit or deny the allegations in Paragraph 6 and therefore deny the allegations therein.

7.      Answering the numbered Paragraph 7 of Plaintiff's complaint, Defendants are without knowledge or information sufficient to admit or deny the allegations in Paragraph 7 and therefore deny the allegations therein.

8.      Answering the numbered Paragraph 8 of Plaintiff's complaint, Defendants admit the allegations therein.

9.      Answering the numbered Paragraph 9 of Plaintiff's complaint, Defendants admit the allegations therein.

10.     Answering the numbered Paragraph 10 of Plaintiff's complaint, Defendants deny the allegations therein.

11.     Answering the numbered Paragraph 11 of Plaintiff's complaint, Defendants admit the allegations therein.

12.     Answering the numbered Paragraph 12 of Plaintiff's complaint, Defendants deny the allegations therein.

13.     Answering the numbered Paragraph 13 of Plaintiff's complaint, Defendants deny the allegations therein.

14.     Defendants are without knowledge or information sufficient to admit or deny the allegations in Paragraph 14 and therefore deny the allegations therein.

15.     Defendants admit that plaintiff contacted the defendants and stated the allegations and demands contained in Paragraph 15. Defendants deny the remainder of the allegations in Paragraph 15.

16.     Answering the numbered Paragraph 16 of Plaintiff's complaint, Defendants deny the allegations therein.

17.     Answering the numbered Paragraph 17 of Plaintiff's complaint, Defendants deny the allegations therein.

18.     Answering the numbered Paragraph 18 of Plaintiff's complaint, Defendants deny the allegations therein.

19.     Answering the numbered Paragraph 19 of Plaintiff's complaint, Defendants deny the allegations therein.

20.     Answering the numbered Paragraph 20 of Plaintiff's complaint, Defendants deny the allegations therein.

21.     Answering the numbered Paragraph 21 of Plaintiff's complaint, Defendants deny the allegations therein.

22.     Answering the numbered Paragraph 22 of Plaintiff's complaint, Defendants deny the allegations therein.

23.     Answering the numbered Paragraph 22 of Plaintiff's complaint, Defendants deny the allegations therein.

## COUNT I: COPYRIGHT INFRINGEMENT

24.     Defendants re-allege their responses to Paragraphs 1 through 23.

25.     Answering the numbered Paragraph 25 of Plaintiff's complaint, Defendants deny the allegations therein.

**WHEREFORE**, Defendants pray for judgment in their favor as follows:

1. that Plaintiff be denied all relief requested,

2. that Defendants be awarded a reasonable attorneys fee and costs of the action,

3. that the Court award any other such relief that is equitable and just under the circumstances.

4. Defendants demand a trial by jury.

Respectfully submitted,

s/*H. William Larson*
H. William Larson, Esq.
Florida Bar No. 969930
larsonb@tampabay.rr.com

Nathan P. Suedmeyer, Esq.
Florida Bar No. 70787
nathan.suedmeyer@larsonpatentlaw.com

4

LARSON & LARSON, P.A.
11199 69th Street North
Largo, FL 33773
(727) 546-0660 tele
(727) 545-1595 fax
Trial Counsel for Defendants

## CERTIFICATE OF FILING

I hereby certify that on October 8, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and notice of electronic filing to the following non CM/ECF participants: NONE.

s/*H. William Larson*
H. William Larson, Esq.
Florida Bar No. 969930
larsonb@tampabay.rr.com

Nathan P. Suedmeyer, Esq.
Florida Bar No. 70787
nathan.suedmeyer@larsonpatentlaw.com

LARSON & LARSON, P.A.
11199 69th Street North
Largo, FL 33773
(727) 546-0660 tele
(727) 545-1595 fax
Trial Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2010 a true and correct copy of this document was served via U.S. Mail to Plaintiff, Jon Wright, d/b/a J.Q. Outdoors P.O. Box 1498, Walker, MN 56484, through its attorney James Lorin Silverberg, 10401 Stevenson Road, Stevenson MD 21153, counsel on record for Plaintiff.

s/*H. William Larson*
H. William Larson, Esq.
Florida Bar No. 969930
larsonb@tampabay.rr.com

Nathan P. Suedmeyer, Esq.
Florida Bar No. 70787
nathan.suedmeyer@larsonpatentlaw.com

LARSON & LARSON, P.A.
11199 69th Street North
Largo, FL 33773
(727) 546-0660 tele
(727) 545-1595 fax
Trial Counsel for Defendants